RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Destry Allen Daniels

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-112-JAD-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| DESTRY ALLEN DANIELS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Destry Allen Daniels, that the Sentencing Hearing currently scheduled on February 26, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to meet with Mr. Daniels to answer some questions he has regarding the presentence investigation report. The additional time is also needed to attempt to obtain mitigation letters.

2. Additional time requested is not sought for the purpose of delay, but merely allow counsel for the defendant sufficient time within which to be able to complete her formal objections and mitigation for sentencing purposes.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 13th day of February, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

*/s/ Christopher Burton*  
By_____  
CHRISTOPHER BURTON  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-112-JAD-GWF |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| DESTRY ALLEN DANIELS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, February 26, 2018 at 10:00 a.m., be vacated and continued to April 30, 2018 at 10:00 a.m.

DATED this _15th_ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE